# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LUMINAR TECHNOLOGIES, INC. STOCKHOLDER DERIVATIVE LITIGATION. | Lead Case No. 1:23-cv-01318-RGA<br><br>(Consolidated with Case Nos. 1:23-cv-01345-RGA; 1:23-cv-01359-RGA) |

## STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF CASE PENDING RESOLUTION OF MOTION TO DISMISS IN RELATED SECURITIES CLASS ACTION

Plaintiffs Lance Denchant, William Voges, David Hutchinson, and Juan Ulerio (collectively, "Plaintiffs"), Nominal Defendant Luminar Technologies, Inc. ("Luminar" or the "Company"), and Defendants Alec E. Gores, Jun Hong Heng, Mary Lou Jepsen, Shaun Maguire, Katharine A. Martin, Mike McAuliffe, Austin Russell, Matthew J. Simoncini, Daniel D. Tempesta, and Jason Eichenholz (collectively, the "Individual Defendants," together with Luminar, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 8, 2023, the Court granted the Parties' stipulation consolidating three related actions brought derivatively on behalf of Luminar under the caption *In re Luminar Technologies, Inc. Stockholder Derivative Litigation*, Case No. 1:23-cv-01318-RGA (D.I. 9);

WHEREAS, on May 26, 2023, a related putative securities class action lawsuit captioned *Johnson v. Luminar Technologies, Inc. et al.*, Case No. 6:23-cv-00982-PGB-LHP (M.D. Fla.) ("Related Securities Class Action") was filed in the United States District Court for the Middle District of Florida against Luminar and one of the Individual Defendants (Mike McAuliffe), alleging violations of the federal securities laws under Section 10(b) of the Securities Exchange Act of 1934 based on substantially the same facts and circumstances at issue in this Action;

WHEREAS, on October 30, 2023, the lead plaintiff in the Related Securities Class Action

filed an amended complaint, restyling the Related Securities Class Action under the caption *Alms v. Luminar Technologies, Inc. et al.* (the "Amended Complaint");

WHEREAS, on December 29, 2023, the defendants in the Related Securities Class Action filed a motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Securities Litigation Reform Act of 1995, which is expected to be fully briefed by March 28, 2024;

WHEREAS, the outcome of the motion to dismiss the Amended Complaint will be informative to the litigation of this Action;

WHEREAS, the Parties agree that a stay of this Action pending resolution of the motion to dismiss filed in the Related Securities Class Action is appropriate in that it will avoid inefficiencies and duplicative efforts, will better preserve the resources of the Court and the parties, and will more closely align the proceedings in this Action with the proceedings in the Related Securities Class Action;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1. The Parties agree that a temporary stay of this Action pending resolution of the motion to dismiss filed in the Related Securities Class Action is appropriate in that it will avoid inefficiencies and duplicative efforts, will better preserve the resources of the Court and the Parties, and will more closely align the proceedings in this Action with the proceedings in the Related Securities Class Action.

2. The proceedings in this Action shall be temporarily stayed pending the ruling on the motion to dismiss filed in the Related Securities Class Action; the stay shall remain in effect until thirty (30) days following the filing of an order resolving the motion to dismiss. Defendants

shall not be required to move, or otherwise respond, to the complaint in the Action during the pendency of the stay.

3. Any party may cause the stay to be lifted upon thirty (30) days' written notice. No more than thirty (30) days after termination of this stay, the Parties shall meet and confer and submit a proposed schedule for further proceedings in the Action.

4. Notwithstanding the agreed-upon stay of the Action, Plaintiffs may file an amended complaint during the pendency of the stay, but Defendants shall have no obligation to move, answer, plead, or otherwise respond to the complaint or any amended complaint during the pendency of the stay.

5. Defendants shall promptly notify Plaintiffs of any derivative actions filed in any forum involving Luminar regarding substantially similar or the same allegations as those made in the Action ("Related Derivative Action"). Defendants shall promptly notify Plaintiffs if any stockholder makes a books-and-record demand and/or litigation demand directed to Luminar regarding substantially similar or the same allegations as those made in the Action ("Related Demand").

6. In the event that any documents are produced in any Related Derivative Action or in response to a stockholder's demand, Luminar shall produce the same documents to Plaintiffs within ten (10) business days of such production, provided that Plaintiffs have entered into a confidentiality agreement.

7. If any Related Derivative Action is not stayed for the same or longer duration as the stay of this Action, Plaintiffs may terminate this stipulated stay upon five (5) days' written notice via email to the undersigned counsel for Defendants.

8.      If any Defendant enters into a settlement agreement (or memorandum of understanding pertaining to settlement) in any Related Derivative Action, Plaintiffs may terminate this stipulated stay upon five (5) days' notice in writing via email to the undersigned counsel of Defendants.

9.      In the event that a mediation or court-ordered settlement conference is held in an effort to settle the Related Securities Class Action, counsel for Defendants shall provide counsel in this Action with reasonable advance notice of said mediation and shall make a good faith effort to include Plaintiffs in such mediation (subject to permission from that court and/or other parties to the mediation and/or settlement conference, as well as any insurers).  In the event that Plaintiffs are not permitted to attend such mediation and/or settlement conference, Defendants will make a good-faith effort to mediate separately with Plaintiffs within thirty (30) days of the mediation of the Related Securities Class Action. Defendants shall inform Plaintiffs promptly upon the scheduling of any mediation with any other plaintiffs in a Related Derivative Action and/or with any stockholders who made a Related Demand and shall include Plaintiffs in any such mediation.

Of Counsel:

James N. Kramer, Esq.
Alexander K. Talarides, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2625
(415) 773-5700
Email: jkramer@orrick.com
Email: atalarides@orrick.com

/s/ Michael T. Manuel
A. Thompson Bayliss (#4379)
Michael T. Manuel (#6055)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
Email: bayliss@abramsbayliss.com
Email: manuel@abramsbayliss.com

*Attorneys for Luminar Technologies, Inc., Austin Russell, Mike McAuliffe, Alec E. Gores, Jun Hong Heng, Mary Lou Jepsen, Shaun Maguire, Katharine A. Martin, Matthew J. Simoncini, Daniel D. Tempesta, and Jason Eichenholz*

| | |
|---|---|
| Lead Counsel for Plaintiffs: | */s/ P. Bradford deLeeuw* |
| | P. Bradford deLeeuw (DE Bar # 3569) |
| Lawrence P. Eagel | DELEEUW LAW LLC |
| J. Brandon Walker | 1301 Walnut Green Road |
| Melissa A. Fortunato | Wilmington, Delaware 19807 |
| BRAGAR EAGEL & SQUIRE, P.C. | Telephone: (302) 274-2180 |
| 810 Seventh Avenue, Suite 620 | Facsimile: (302) 351-6905 |
| New York, NY 10019 | brad@deleeuwlaw.com |
| Telephone: (212) 308-5858 | |
| Facsimile: (212) 214-0506 | *Liaison Counsel for Plaintiffs* |
| eagel@bespc.com | |
| walker@bespc.com | |
| fortunato@bespc.com | |

Dated: March 4, 2024

IT IS SO ORDERED this ___ day of March 2024.

_____
The Honorable Richard G. Andrews